GREENBERG TRAURIG, LLP
Ricky L. Shackelford (SBN 151262)
*shackelfordr@gtlaw.com*
Matthew R. Gershman (SBN 253031)
*gershmanm@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Tel:  (310) 586-7700
Fax:  (310) 586-7800

COOLEY LLP
Michelle C. Doolin (SBN 179445)
*mdoolin@cooley.com*
Darcie A. Tilly (SBN 239715)
*dtilly@cooley.com*
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420

Attorneys for Defendant,
Fifth Generation, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HOFMANN,<br><br>  Plaintiff,<br><br>v.<br><br>FIFTH GENERATION, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.:   14-CV-2569 JM (JLB)<br><br>**DEFENDANT FIFTH GENERATION, INC.'S NOTICE OF MOTION FOR MOTION TO DISMISS CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Date:         February 9, 2015<br>Time:        10:00 a.m.<br>Courtroom:  5D<br><br>Action filed: Sept. 30, 2014<br>Removed:    October 28, 2014<br>Trial date:    None Set |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 9, 2015 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Jeffrey T. Miller of the above-entitled Court, located at 221 West Broadway, San Diego, California, Defendant Fifth Generation, Inc. ("Fifth Generation") will and hereby does move the Court for an order to Dismiss Plaintiff's Class Action Complaint or, in the Alternative, for a More Definite Statement.  Fifth Generation makes this Motion on the ground that Plaintiff's claims and the factual bases for them are not pled with sufficient particularity to permit Fifth Generation to prepare a meaningful response.  In addition, certain of Plaintiff's claims are barred by California's safe harbor doctrine.

This Motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Request for Judicial Notice and accompanying exhibits, and the pleadings and other materials filed herein, and on such other and further oral and documentary evidence as may be presented at the hearing on this Motion.

DATED:  December 18, 2014          Respectfully submitted,

                                   GREENBERG TRAURIG, LLP


                                   */s/ Ricky L. Shackelford*
                                   Attorneys for Defendant
                                   Fifth Generation, Inc.

LA 131938210v1

1

DEFENDANT FIFTH GENERATION, INC.'S NOTICE OF MOTION FOR MOTION TO DISMISS CLASS ACTION COMPLAINT
CASE NO.:  14-CV-2569 JM (JLB)