GREENBERG TRAURIG, LLP
Ricky L. Shackelford (SBN 151262)
*shackelfordr@gtlaw.com*
Matthew R. Gershman (SBN 253031)
*gershmanm@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Tel:  (310) 586-7700
Fax:  (310) 586-7800

COOLEY LLP
Michelle C. Doolin (SBN 179445)
*mdoolin@cooley.com*
Darcie A. Tilly (SBN 239715)
*dtilly@cooley.com*
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420

Attorneys for Defendant,
Fifth Generation, Inc.

[Additional Counsel listed on Next Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HOFMANN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIFTH GENERATION, INC., a Texas corporation; and Does 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CASE | Case No.:　　14-CV2569-JM-JLB<br>Related Case No:　14-CV-02990- JM-JLB<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Action filed: Sept. 30, 2014<br>Removed:　　October 28, 2014<br><br>Trial date:　　October 31, 2016 |

1  DEL MAR LAW GROUP, LLP
   JOHN H. DONBOLI (SBN 205218)
2  *jdonboli@delmarlawgroup.com*
   12250 El Camino Real, Suite 120
3  San Diego, CA 92130
4  Telephone: (858) 793-6244
   Facsimile:  (858) 793-6005
5
   CUNEO GILBERT & LaDUCA, LLP
6  JONATHAN W. CUNEO
7  *jonc@cuneolaw.com*
   TAYLOR ASEN
8  *tasen@cuneolaw.com*
   507 C Street, NE
9  Washington, DC 20002
10 Telephone:  (202) 789-3960
   Facsimile:  (202) 789-1813
11
   Attorneys for Plaintiff Gary Hofmann

Pursuant to Federal Rule of Civil Procedure 26(c), the parties have agreed on the form of a stipulated protective order and jointly move for its entry to govern the exchange of confidential information in this action. The parties respectfully request that the Court grant this Joint Motion and enter the proposed Stipulated Protective Order attached as Exhibit 1 and e-mailed to the chambers of Honorable Magistrate Judge Jill L. Burkhardt (efile_Burkhardt@casd.uscourts.gov) pursuant to § 2 (h) of this Court's Electronic Case Filing Administrative Policies and Procedures Manual.

DATED:  August 10, 2015

Respectfully submitted,

COOLEY LLP

/s/ Michelle C. Doolin
Michelle C. Doolin
Darcie A. Tilly
Attorneys for Defendant
Fifth Generation, Inc., d.b.a
Tito's Handmade Vodka
E-mail:  mdoolin@cooley.com
            dtilly@cooley.com

DATED:  August 10, 2015

DEL MAR LAW GROUP, LLP

/s/ John H. Donboli
John H. Donboli
Attorneys for Plaintiff
GARY HOFMANN and all other similarly situated

1  The undersigned hereby certifies that John H. Donboli, who has joined in the
2  filing of this document, has approved of the content of this document and given me
3  consent to file this document with his electronic signature.

/s/Michelle C. Doolin
Attorneys for Defendant
Fifth Generation, Inc.
E-mail:  mdoolin@cooley.com

# Exhibit 1

Pursuant to the request of Quality Control Clerk's Office Exhibit 1 has been emailed to Hon. Jill L. Burkhardt