JOHN H. DONBOLI (SBN: 205218)
E-mail: jdonboli@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

JONATHAN W. CUNEO
Email: jonc@cuneolaw.com
TAYLOR ASEN
Email: tasen@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
507 C Street NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HOFMANN, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>FIFTH GENERATION, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Civil Action No.: 3:14-cv-02569-JM-JLB<br><br>Related to: 3:14-cv-02990-JM-JLB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF GARY HOFMANN'S NOTICE OF WITHDRAWAL OF MOTION TO STAY RELATED CASE**<br><br>Date: February 16, 2016<br>Time: 10:00 a.m.<br>Courtroom: 5D<br>Judge: Hon. Jeffrey T. Miller |
| MARC CABRERA, an individual and on behalf of the general public,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIFTH GENERATION, INC.,<br><br>  Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiff Gary Hofmann hereby withdraws his Motion to Stay Related Case (Docket No. 77), without prejudice, that is currently set to be heard by this Court on February 16, 2016 at 10:00 a.m.

The Motion to Stay Related Case was filed in *Gary Hofmann v. Fifth Generation, Inc.*, No. 3:14-cv-02569 (S.D. Cal.)  (the *Hofmann* Action") and sought an order staying the related case of *Marc Cabrera v. Fifth Generation, Inc.*, No. 3:14-cv-02990 (S.D. Cal.) ("the *Cabrera* Action").

Dated:  January 8, 2016                                DEL MAR LAW GROUP, LLP


By:   /s *John H. Donboli*
       JOHN H. DONBOLI
       DEL MAR LAW GROUP, LLP
       Attorney for Plaintiff GARY
       HOFMANN and all others similarly
       situated


CUNEO GILBERT & LaDUCA, LLP


By: /s *Jonathan W. Cuneo*
       JONATHAN W. CUNEO
       TAYLOR ASEN
       Attorneys for Plaintiff GARY
       HOFMANN and all others similarly
       situated