GREENBERG TRAURIG, LLP
Ricky L. Shackelford (SBN 151262)
shackelfordr@gtlaw.com
Matthew R. Gershman (SBN 253031)
gershmanm@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Tel:  (310) 586-7700
Fax:  (310) 586-7800

COOLEY LLP
Michelle C. Doolin (SBN 179445)
mdoolin@cooley.com
Darcie A. Tilly (SBN 239715)
dtilly@cooley.com
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420

ALEXANDER DUBOSE JEFFERSON
    & TOWNSEND LLP
Marcy Hogan Greer (*pro hac vice*)
mgreer@adjtlaw.com
515 Congress Ave., Ste. 2350
Austin, Texas  78701-3562
Tel:  (512) 482-9300
Fax:  (512) 482-9303

Attorneys for Defendant,
Fifth Generation, Inc.

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HOFMANN,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH GENERATION, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND RELATED CASE | Case No:    14-CV-2569 JM (JLB)<br><br>**JOINT MOTION TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION AND SET A BRIEFING SCHEDULE FOR OPPOSITION AND REPLY BRIEFS**<br><br>Action filed:    Sept. 30, 2014<br>Removed:         October 28, 2014<br>Trial date:        December 19, 2016 |

JOHN H. DONBOLI (SBN: 205218)
E-mail:  jdonboli@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone:  (858) 793-6244
Facsimile:  (858) 793-6005

JONATHAN W. CUNEO
Email:  jonc@cuneolaw.com
TAYLOR ASEN
Email: tasen@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
507 C Street, NE
Washington, DC  20002
Telephone:  (202) 789-3960
Facsimile:   (202) 789-1813

*Attorneys for Plaintiff, Gary Hofmann*

# JOINT MOTION

On January 8, 2016, a motion for class certification was filed that noticed a hearing date of February 29, 2016, at 10:00 a.m., before the Hon. Jeffrey T. Miller.

Having met and conferred regarding scheduling issues, the parties have stipulated and agreed to, pending this Court's approval, continue the hearing and to set filing deadlines that provide sufficient time for each side to prepare their respective opposition and reply papers, including sufficient time for defendant to complete expert discovery relating to the motion. Accordingly, the parties propose as follows:

| Event | Old Date | Proposed New Date |
| --- | --- | --- |
| Defendant's opposition due | February 12, 2016 | February 22, 2016 |
| Reply due | February 22, 2016 | March 14, 2016 |
| Hearing on motion for class certification | February 29, 2016 10:00 a.m. | March 21, 2016 10:00 a.m. |

This proposed briefing schedule complies with the Local Civil Rules requiring oppositions to be filed at least 14 days before the hearing and replies to be filed at least 7 days before the hearing. CivLR 7.1(e). Additionally, on January 15, 2016, the parties tentatively cleared the March 21, 2016 date with the Court's law clerk, per the Court's Standing Rules.

For the forgoing reasons, the parties jointly request that the Court continue the hearing and set the briefing schedule as set forth herein.

DATED: January 15, 2016        Respectfully submitted,

GREENBERG TRAURIG, LLP

By:    *s/ Ricky L. Shackelford*
       Attorneys for Defendant
       Fifth Generation, Inc.
       E-mail: *shackelfordr@gtlaw.com*

JOINT MOTION TO CONTINUE HEARING AND
SET BRIEFING SCHEDULE                                        14cv2569

LA 132365388v1

1

DATED: January 15, 2016            CUNEO GILBERT & LaDUCA, LLP

By:    /s Taylor Asen
       Attorney for Plaintiff GARY
       HOFMANN
       Email: tasen@cuneolaw.com

I certify that all signatories hereto have indicated the content of this document is acceptable for filing and given their permission to use their e-signatures on this document.

By:    s/ Ricky L. Shackelford
       Attorneys for Defendant
       Fifth Generation, Inc.
       E-mail: *shackelfordr@gtlaw.com*

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*Hofmann v. Fifth Generation, Inc., etc.*
*USDC Case No. 3:14-CV-2569-JM-JLB*

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1840 Century Park East, Suite 1900, Los Angeles, CA 90067.**

On January 15, 2016, I served the **JOINT MOTION TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION AND SET A BRIEFING SCHEDULE FOR OPPOSITION AND REPLY BRIEFS** on the interested parties in this action as follows:

| | |
|---|---|
| JOHN H. DONBOLI (SBN: 205218)<br>E-mail: jdonboli@delmarlawgroup.com<br>JL SEAN SLATTERY (SBN: 210965)<br>E-mail: sslattery@delmarlawgroup.com<br>**DEL MAR LAW GROUP, LLP**<br>12250 El Camino Real, Suite 120<br>San Diego, CA 92130<br>Telephone: (858) 793-6244<br>Facsimile: (858) 793-6005<br><br>*Attorneys for Plaintiff: GARY HOFMANN, an individual and on behalf of all others similarly situated* | Jonathan W. Cuneo, Esq.<br>Email: jonc@cuneolaw.com<br>Taylor Asen, Esq.<br>Email: tasen@cuneolaw.com<br>**CUNEO GILBERT & LaDUCA, LLP**<br>507 C Street, NE<br>Washington, DC 20002<br>Tel: (202) 789-3960<br>Fax: (202) 789-1813<br><br>*Co-Counsel for Plaintiff: GARY HOFMANN, an individual and on behalf of all others similarly situated* |
| Michelle C. Doolin, Esq.<br>Email: doolinmc@cooley.com<br>Darcie A. Tilly, Esq.<br>Email: dtilly@cooley.com<br>**COOLEY LLP**<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Tel: (858) 550-6000<br>Fax: (858) 550-6420<br><br>*Attorneys for Defendant: FIFTH GENERATION, INC.* | |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I filed the document(s) with the clerk of the court by using the CM/ECF system.  Participants in the case

1

CERTIFICATE OF SERVICE    CASE NO.: 14-CV-2569 JM (JLB)

who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 15, 2016, at Los Angeles, California.

*/s/ Ricky L. Shackelford*
Ricky L. Shackelford

LA 132069721v1